

**Entered on Docket**
**March 30, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

1 | KATHLEEN A. LEAVITT
~~CHAPTER 13 STANDING TRUSTEE~~

2 | 201 Las Vegas Blvd SouthSuite 200
Las Vegas, NV  89101

3 | (702) 853-0700

4 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

5 | **IN RE:**                          Chapter 13
**JAVIER NUNEZ**                  BKS-11-11667-LBR

6 |                                     Hearing Date: N/A
                                      Hearing Time: N/A

7 |                **Debtor**

8 | **PRO SE DEBTOR**
**Attorney for Debtor**

9 |            **EX-PARTE ORDER DISMISSING CHAPTER 13**
          **CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

10 |

11 |     As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

12 | filed Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan as required within the

forty-five (45) day period, which expired on March 24, 2011.

13 | . . .

14 | . . .

15 | . . .

16 |

17 |

18 |

19 |

20 |

1

1    **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3    **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5    **IT IS SO ORDERED.**

6  Submitted by:

7  /s/ Kathleen A. Leavitt
8  KATHLEEN A. LEAVITT
   CHAPTER 13 BANKRUPTCY TRUSTEE
9  Dated: March 28, 2011
   (CJY)

10

11

12

13

14

15

16

17

18

19

20